JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christina Benavides<br><br>PLAINTIFF<br>v.<br>Target Corporation et al<br><br>DEFENDANT | CASE NUMBER:<br>2:26-cv-00480-RAO<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on 09/24/2026 as docket number 24 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff Christina Benavides

and against

Defendant Target Corporation

according to the terms set forth in the Offer of Judgment.

Date: 09/24/2026

By: [signature]
United States Magistrate Judge